**Order entered January 13, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00875-CR

**MICHAEL ARDIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-10832-R**

## ORDER

Appellant's January 12, 2023 Motion for Extension of Time to File Appellant's Brief is **GRANTED**. Appellant's Brief is due on or before February 13, 2023.

/s/    BILL PEDERSEN, III
        JUSTICE